**1341** BROWNELL vs. BOARD OF SUPERVISORS (Gratiot), 49 M., 414.

To compel respondents to provide for the assessment and col-
lection of a sum sufficient to pay certain ditch orders, issued in
1871, '72 and '73 by a drain commissioner.

Denied October 31, 1882.

The answer alleged that respondent had no knowledge as to
whether relator was holder or owner of the orders. Held, a
proper answer; that mandamus proceedings by a person not enti-
tled to payment would not bar a subsequent action by the right-
ful owner, and that the title of the relator must therefore be ad-
mitted or proved for respondent's protection. See Loomis vs.
Township Board, 53 M., 135 (1349).

Held, also, that a purchaser of State lands, who had had the
ditch taxes thereon vacated, would not be granted the discretion-

ary writ of mandamus to compel payment of ditch orders in his possession, nor would such writ be granted to one holding such orders under him.